PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

---

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **Docket Number:** 2:02CR00434-01 |
| ) | |
| CAREFREE GREENS, INC. ) | |
| ) | |

On August 4, 2003, the above-named Corporation was placed on Probation for a period of 60 months.  The Corporation has complied with the rules and regulations of supervision.  It is accordingly recommended that Carefree Greens, Inc., be discharged from supervision.

Respectfully submitted,

/s/ Thomas H. Brown

**THOMAS H. BROWN**
**United States Probation Officer**

Dated:   March 14, 2006
         Roseville, California
         :thb/cd

**REVIEWED BY:**         /s/ Richard A. Ertola
         **RICHARD A. ERTOLA**
         **Supervising United States Probation Officer**

Re: **CAREFREE GREENS, INC.**
**Docket Number: 2:02CR00434-01**
**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

<u>April 3, 2006</u>              <u>/s/ Frank C. Damrell Jr.</u>
**Date**                           **FRANK C. DAMRELL, JR**
                                   **United States District Judge**

:thb/cd
Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office

Rev. 03/2005
PROB35.MRG